UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS DAGNONE,<br><br>Defendant. | C.A. No. 04-122 ML<br><br>October 7, 2005 |
| NICHOLAS DAGNONE,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>HINCKLEY YACHT SERVICE<br>(THE TALARA COMPANY LLC),<br><br>Third-Party Defendant. | |

Granted. Mary M. Lisi 10/11/05

MOTION FOR AN EXTENSION OF TIME FROM OCTOBER 11, 2005 TO AND INCLUDING OCTOBER 25, 2005 IN WHICH TO RESPOND TO DEFENDANT NICHOLAS "DAGNONE'S MOTION FOR ENTRY OF SEPARATE JUDGMENT ON CLAIMS BETWEEN DAGNONE AND PLAINTIFF", DATED SEPTEMBER 20, 2005 (DOCKET NO. 44)

Now comes plaintiff New Hampshire Insurance Company, and moves this Court for an extension of time from October 11, 2005 to and including October 25, 2005, in which to respond to defendant Nicholas Dagnone's "Motion for Entry of Separate Judgment on Claims Between Dagnone and Plaintiff", and states in support of the same:

1. That I have contacted Norman A. Peloquin, II, Esq., counsel for the third-party defendant Hinckley Yacht Service, who consents to this request.

2. That I have contacted John D. Deacon, Jr., Esq., counsel for defendant/third-party plaintiff Nicholas Dagnone, who does not consent to the instant request.

3. That this motion is not being made for purposes of harassment or delay.

4. That the reasons the plaintiff New Hampshire Insurance Company makes this request is that both plaintiff New Hampshire Insurance Company and the undersigned's files are presently in storage because said files were closed following the Court's granting of plaintiff's Motion for Summary Judgment on April 19 2005 (Docket No. 41).

5. That the undersigned requests the aforementioned extension in order to retrieve the files and to conduct legal research on the issue of whether the defendant/third-party plaintiff Nicholas Dagnone can file such a motion some five (5) months after the Court granted plaintiff New Hampshire Insurance Company's Motion for Summary Judgment (Docket No. 41), and to determine if defendant/third-party plaintiff Nicholas Dagnone has a right to obtain such an Order for purposes of a unilateral appeal when his case is still pending against the third-party defendant Hinckley Yacht Service and has not been resolved.

6. That this Motion is further being made so that the Court can be presented with all applicable law prior to ruling on defendant/third-party plaintiff Nicholas Dagnone's motion in order that it might render a just and proper ruling.

Dated: Providence, Rhode Island
October 7, 2005

Lovejoy & Associates
Attorneys for Plaintiff
New Hampshire Insurance Company

By: ______________________
Frederick A. Lovejoy (Bar No. 5318)
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was sent by U.S. mail on October 7, 2005, postage prepaid, to:

John Deacon, II, Esq.
72 Pine Street
Providence, RI 02909

Norman A. Peloquin, II, Esq.
Law Offices of Norman A. Peloquin, II, P.C.
16 Main Road, P.O. Box 65
Adamsville, Rhode Island 02801

FREDERICK A. LOVEJOY