UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY,<br>Plaintiff,<br><br>vs.<br><br>NICHOLAS DAGONE, *in personam* and<br>A Certain 1993 47-Foot Bluewater Motor Vessel,<br>her engines, tackle, apparel, appurtenances, etc.,<br>*in rem*,<br>Defendant/Third Party Plaintiff<br>Defendants-in-Counterclaim,<br>vs.<br><br>THE TALARIA COMPANY, LLC,<br>d/b/a THE HINCKLEY COMPANY,<br>a/k/a HINCKLEY YACHT SERVICES,<br>Third Party Defendant/<br>Plaintiff-in-Counterclaim. | CIVIL ACTION NO. 04-122 ML |

**JOINT MOTION TO MODIFY PRETRIAL SCHEDULING ORDER**

NOW COME the undersigned parties in the above-captioned action, and by and through their respective attorneys, pursuant to the provisions of Rule 16(e) of the Federal Rules of Civil Procedure, hereby move this Honorable Court to amend and modify the pretrial deadlines set forth in its Scheduling Order, dated May 4, 2005 (hereinafter referred to as "Pretrial Order"), by extending the time within which the parties may conduct discovery by ninety (90) days up through and including February 3, 2006, and that the other stated deadlines be extended by approximately ninety (90) days as set forth below.

In support of this motion, the parties state the following reasons:

1. In April of 2004, plaintiff, New Hampshire Insurance Company, commenced this declaratory judgment action against its assured, defendant, Nicholas Dagnone, asserting, in part, a breach of the lay-up warranty in the underlying policy of

marine insurance. By Memorandum and Order, dated April 19, 2005, summary judgment entered in favor of the insurance company.

2. Through his Third Party Complaint, Mr. Dagone now seeks damages against damages against third party defendant, The Talaria Company, LLC, doing business as The Hinckley Company (also known as Hinckley Yacht Services) (hereinafter referred to as "Hinckley"), for storm-related damages to his yacht. Hinckley denies any liability and asserts a counterclaim against Mr. Dagone for certain sums due in connection with the partial repair of the said vessel.

3. Pursuant to the Pretrial Order, discovery closes on November 3, 2005. The deadline for filing dispositive motions is November 17, 2005, pretrial memoranda are due by December 5, 2005.

4. The parties are scheduled to participate in mediation before the Honorable Robert Lovegreen, United States Magistrate Judge (Ret.) on October 26, 2005. The parties represent that they continue to cooperate, but would like additional time to complete discovery.

5. The parties therefore propose the following amendments to the Pretrial Order:

> **"Discovery will close on February 3, 2006. All dispositive motions will be filed by February 28, 2006, and the parties will file their pretrial memoranda thirty (30) days after a decision on any dispositive motion, and if no such motion is filed, by March 31, 2006."**

6. Although the proposed modification will delay the final disposition of the case by at an additional four (4) months, the parties believe that the additional time is necessary to complete discovery and otherwise prepare for trial.

7. The parties have not previously sought to amend the terms of the initial Pretrial Order.

WHEREFORE, the parties hereto request that this Honorable Court amend and modify the pretrial deadlines set forth in its Pretrial Order, dated May 4, 2005, by extending the various pretrial deadlines as requested herein.

Dated: October 19, 2005

Respectfully submitted,

NICHOLAS DAGNONE
By his attorney,

John D. Deacon (nap)

John D. Deacon, Jr.
(R.I. Bar No. 2226)
72 Pine Street, 5th Floor
Providence, RI 02903
Tel. (401) 272-8080
Fax (401) 272-8195

THE TALARIA COMPANY, LLC
By its attorney,

Norman A. Peloquin, II, Esquire
(R. I. Bar No. 4146)
16 Main Road, P.O. Box 65
Adamsville, RI 02801
Tel. (401) 635-9100
Fax (401) 635-9125