**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY,<br>Plaintiff, | : | |
| v. | : | C.A. No. 04-122 ML |
| NICHOLAS DAGNONE,<br>Defendant, | : | |
| v. | : | |
| HINCKLEY YACHT SERVICES<br>(The Talaria Company LLC)<br>Third Party Defendant. | : | |

**DAGNONE'S REPLY MEMORANDUM IN**
**SUPPORT OF MOTION FOR SEPARATE JUDGMENT**

NHIC's arguments are totally meritless. First, Rule 54 Red. R. Civ. Proc. clearly applies in this action. Rule 1 Fed R. Civ. Proc. provides:

> These rules govern the procedure in the United States district courts in **all** suits of a civil nature whether cognizable as cases at law or in equity **or in admiralty**, with the exceptions stated in Rule 81. (emphasis added)

None of the exceptions stated in Rule 81 apply to this case. Therefore, the Federal Rules of Civil Procedure, including Rule 54, apply to this case.

Second, the failure to take an available interlocutory appeal does not preclude appeal from a final judgment. When no appeal is taken at the time of an interlocutory order from which immediate appeal is permissible under 28 U.S.C.A. § 1292, the order may still be challenged on appeal from the final judgment in the case. See, e.g., Balla v. Idaho State Bd. of Corrections, 869 F.2d 461, 468 (9th Cir. 1989); Drayer v. Krasner, 572 F.2d 348 (2d Cir. 1978), cert. denied 436 U.S. 348; Jacksonville Port Auth. v. Adams, 556 F.2d 52 (D.C. Cir. 1977).

By his attorney,

John D. Deacon, Jr. (#2226)
72 Pine Street - 5th Floor
Providence, RI 02903
Tel: 401-272-8080
Fax: 401-272-8195

**Certificate of Service**

I hereby certify that on this 25 day of October, 2005, I caused to be mailed, via First Class U.S. mail, a true copy of the within Reply Memorandum in Support of Motion for Separate Judgment to Frederick A. Lovejoy, Esq., Lovejoy & Associates, 1536 Westminster Street, Providence, RI 02903 and Norman A. Peloquin, II, Esq., 16 Main Road, P.O. Box 65, Adamsville, RI 02801.