# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**NEW HAMPSHIRE INSURANCE COMPANY**

**v.** **C.A. 04-122ML**

**NICHOLAS DAGNONE and HINCKLEY YACHT SERVICES**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the Plaintiff, New Hampshire Insurance Company, against the defendant, Nicholas Dagnone, pursuant to the Memorandum and Order dated April 19, 2005 GRANTING the plaintiff's Motion for Summary Judgment.**

**Enter:**

Barbara Barletta

**Deputy Clerk**

**DATED: December 5, 2005**