**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY,<br>Plaintiff, | : | |
| v. | : | C.A. No. 04-122 ML |
| NICHOLAS DAGNONE,<br>Defendant, | : | |
| v. | : | |
| HINCKLEY YACHT SERVICES<br>(The Talaria Company LLC)<br>Third Party Defendant. | : | |

**NOTICE OF APPEAL**

Notice is hereby given that defendant/counterclaimant Nicholas Dagnone hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on December 5, 2005.

NICHOLAS DAGNONE
By his attorney,

John D. Deacon, Jr. (#2226)
72 Pine Street
Providence, RI 02903
Tel: 401.272.8080
Fax: 401.272.8195

**Certificate of Service**

I hereby certify that on this 13 day of December 2005, I caused to be mailed, via First Class U.S. mail, a true copy of the within Notice of Appeal to Frederick A. Lovejoy, Esq., Lovejoy & Associates, 1536 Westminster Street, Providence, RI 02903 and Norman A. Peloquin, II, Esq., 16 Main Road, P.O. Box 65, Adamsville, RI 02801

F:\John D\DAGNONE\Notice of Appeal.doc