**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

I, David A. DiMarzio, Clerk of the United States District court for the District of Rhode Island, do hereby certify that the foregoing contains certified copies of the original papers in the file dealing with the action or proceedings in which the appeal is taken.

Witness my hand and the Seal of said Court at Providence in said District,

the____**15nd**_____day of___**December**___A.D., **2005**.

DAVID A. DIMARZIO, CLERK

BY:______________________
DEPUTY CLERK