UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

December 15, 2005

Clerk of Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

CA 04-122ML **CCA#** ____________________
New Hampshire Insurance Co. v. Nicholas Dagnone

Dear Clerk of Court:

Enclosed herewith you will find the original Notice of Appeal, certified copies of the RECORD ON APPEAL, and a certified copy of the docket entries..

✓ Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By________________
John Duhamel
Deputy Clerk

Encl: Certified docket
Original Doc# **53**: Notice of Appeal; certified copies of the following documents: **#52** (Judgment); **#51** (Memorandum and Order granting separate judgment); **#49** (Pltfs' Memorandum of Law Opposing Deft's M/Separate Judgment); **#44** (Deft's M/Separate Judgment); **#41** (Memorandum and Order re: motions for summary judgment); **#40** (Pltf's Statement of Disputed Facts); **#39** (Pltf's Objection to Deft's M/Summary Judgment); **#38** (Deft's Objections to Pltf's Statement of Undisputed Facts); **#37** (Deft's Objection to Pltf's M/Summary Judgment); **#27** (Pltf's Statement of Undisputed Facts); **#26** (Pltf's M/Summary Judgment); **#24** (Deft's Statement of Undisputed Facts); **#23** (Deft's M/Summary Judgment); **#19** (Amended Answer and Amended Counterclaim); **#11** (Deft's Reply to Counterclaim); **#10** (Answer to Amended Counterclaim); **#8** (Answer and Counterclaim); **#6** (Answer and Amended Counterclaim); **#3** (Answer and Counterclaim); **#1** (Complaint In Admiralty)