| | | |
|---|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY,<br>Plaintiff, | : | |
| v. | : | C.A. No. 04-122 ML |
| NICHOLAS DAGNONE,<br>Defendant, | : | |
| v. | : | |
| HINCKLEY YACHT SERVICES<br>(The Talaria Company LLC)<br>Third Party Defendant. | : | |

**DAGNONE'S MOTION TO TAKE TELEPHONE DEPOSITION OF A NON-PARTY, OUT-OF-STATE WITNESS TO PRESENT TRIAL TESTIMONY**

Plaintiff moves for leave to take the telephone deposition of one of the plaintiff's trial witnesses, Matt Marrone, who resides in and works in Carmel, New York so as to be able to offer the recorded testimony at trial. Mr. Marrone now says that the press of business makes it oppressive for him to attend trial in person. He is outside the range of subpoena, and he is not within the control of the plaintiff.

This request has been discussed with opposing counsel Mr. Peloquin, and he does not object. All objections to admissibility of Mr. Marrone's testimony into evidence at trial are reserved to Mr. Peloquin and his client. Undersigned counsel represents that the direct examination will be very brief, and estimates that the entire deposition will take less than thirty minutes.

NICHOLAS DAGNONE
By his attorney,

John D. Deacon, Jr. (#2226)
72 Pine Street
Providence, RI 02903
Tel: 401.272.8080
Fax: 401.272.8195

**Certificate of Service**

delivered by email and

I hereby certify that on this 31 day of March 2006, I caused to be mailed, via First Class U.S. mail, a true copy of the within Notice of Appeal to Norman A. Peloquin, II, Esq., 16 Main Road, P.O. Box 65, Adamsville, RI 02801.



F:\John D\DAGNONE\motion to take telephone depo.doc

NEW HAMPSHIRE INSURANCE COMPANY, :
Plaintiff, :

v. : C.A. No. 04-122 ML

NICHOLAS DAGNONE, :
Defendant, :

v. :

HINCKLEY YACHT SERVICES :
(The Talaria Company LLC) :
Third Party Defendant. :

**MEMORANDUM SUPPORTING DAGNONE'S MOTION TO TAKE TELEPHONE DEPOSITION OF A NON-PARTY, OUT-OF-STATE WITNESS TO PRESENT TRIAL TESTIMONY**

Plaintiff moves for leave to take the telephone deposition of one of the plaintiff's trial witnesses, Matt Marrone, who resides in and works in Carmel, New York, so as to be able to offer the recorded testimony at trial. Mr. Marrone now says that the press of business makes it oppressive for him to attend trial in person. He is outside the range of subpoena, and he is not within the control of the plaintiff.

This request has been discussed with opposing counsel Mr. Peloquin, and he does not object. All objections to admissibility of Mr. Marrone's testimony into evidence at trial are reserved to Mr. Peloquin and his client. Undersigned counsel represents that the direct examination will be very brief, and estimates that the entire deposition will take less than thirty minutes.

NICHOLAS DAGNONE
By his attorney,

John D. Deacon, Jr. (#2226)
72 Pine Street
Providence, RI 02903
Tel: 401.272.8080
Fax: 401.272.8195

**Certificate of Service**

delivered by email

I hereby certify that on this 31 day of March 2006, I caused to be mailed, via First Class U.S. mail, a true copy of the within Notice of Appeal to Norman A. Peloquin, II, Esq., 16 Main Road, P.O. Box 65, Adamsville, RI 02801.



F:\John D\DAGNONE\motion to take telephone depo.doc