IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NEW HAMPSHIRE INSURANCE COMPANY,
Plaintiff,

vs.

NICHOLAS DAGONE, *in personam* and
A Certain 1993 47-Foot Bluewater Motor Vessel,
her engines, tackle, apparel, appurtenances, etc.,
*in rem*,
Defendant/Third Party Plaintiff
Defendants-in-Counterclaim,

vs.

THE TALARIA COMPANY, LLC,
d/b/a THE HINCKLEY COMPANY,
a/k/a HINCKLEY YACHT SERVICES,
Third Party Defendant/
Plaintiff-in-Counterclaim.

CIVIL ACTION NO. 04-122 ML

**THIRD PARTY DEFENDANT'S**
**MOTION IN LIMINE RE: EVIDENCE OF VALUE**

NOW COMES third party defendant, The Talaria Company, LLC, doing business as The Hinckley Company, and also known as Hinckley Yacht Services, plaintiff-in-counterclaim in the above-captioned action (hereinafter referred to as "Hinckley"), and by its attorney, moves this Honorable Court in limine to enter an order prohibiting defendant/third party plaintiff, Nicholas Dagnone (hereinafter referred to as "Dagnone"), from introducing evidence of market value based solely upon an excerpt of the National Automobile Dealers Association ("NADA") Marine Appraisal Guide (hereinafter referred to as "Blue Book").

In support of this motion, Hinckley states the following reasons:

1. Relying upon the provisions of Fed. R. Evid. 803(17), Hinckley anticipates that Dagnone will seek to introduce documentary evidence to prove the fair market

value (or diminution in value) of defendant's boat. See Defendant/Third Party Plaintiff's Proposed Exhibit 14.

2. The information contained in the Blue Book, however, is only some evidence of value; it is not conclusive. In its introduction, the NADA Marine Appraisal Guide provides the following warnings and limitations:

> **"[t]he range of values listed in the N.A.D.A. Marine Appraisal Guide reflect the most current information available and are based on the boat's equipment and overall condition. Highly customized or reconditioned vessels can be worth substantially more, Conversely, a neglected boat can be worth *considerably* less than listed values.**
>
> * * * *
>
> **When appraising a boat, there are many factors you must take into consideration. The overall interior, exterior, and mechanical condition are the most important factors. Cosmetic and mechanical repairs can be extremely costly if not evaluated correctly.**
>
> * * * *
>
> **SALTWATER USE**
>
> **Our latest research indicates that boats exclusively used in saltwater, that are not maintained and cleansed with fresh water, may depreciate more rapidly. This could influence the book value by 10% to 15%. You must make this value judgment by your knowledge of your boating market.**

Defendant/Third Party Plaintiff's Proposed Exhibit 14 (Emphasis added).

3. To lay the foundation to introduce this evidence, Dagnone relies upon the deposition testimony of Matthew Marrone, an independent insurance broker and agent with the Palmer Insurance Agency of Carmel, New York.

4. As set forth in Mr. Marrone's deposition transcript, fair market value of a vessel is based upon several factors, including age, construction, service history, condition of the hull and its systems, as well as current market condition. <u>Deposition of Matthew Marrone</u>, dated April 7, 2006, pp. 16-17.

5. Hinckley does not dispute that Fed. R. Evid. 803(17) provides an exception to the hearsay rule with respect to market data. Singular reliance on a used price guide book, however, without expert or lay opinion testimony interpreting the effect of these conditions on the published price guide is pure speculation.

WHEREFORE, for the reasons set forth above, Hinckley respectfully requests this Court to prohibit the introduction of guide book valuation without supporting expert or lay testimony from Dagnone concerning the overall condition of the hull and the vessel's various mechanical, electrical and other operating systems.

Dated: April 24, 2006

Respectfully submitted,

THE TALARIA COMPANY, LLC
By its attorney,
NORMAN A. PELOQUIN, II, P.C.

By: ______________________

Norman A. Peloquin, II, Esquire
(R. I. Bar No. 4146)
Of Counsel, Saunders & Saunders, LLP
16 Main Road, P.O. Box 65
Adamsville, RI 02801
Tel. 401.635.9100
Fax. 401.635.9125

Certificate of Service

I hereby certify that on the 24th day of April, 2006, I served a true copy of the forgoing document upon counsel of record, by personal delivery, to: John D. Deacon, Jr., Esquire, 72 Pine Street, Providence, RI 02903.

______________________
Attorney at Law