AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF

Nicholas Dagnone
V.
Hinckley Yacht Services

**EXHIBIT AND WITNESS LIST**

Case Number: CA 04-122ML

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mary M. Lisi | John D. Deacon, Jr. | Norman A. Peloquin II |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Bench Trial: April 24, 2006 | Karen Zinni | John Duhamel |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| → | | → | | | W-1 NICHOLAS DAGNONE |
| 1 | | 4/24/06 | | ✓ | Contract 12.3.03 |
| 2 | | - | | ✓ | Storage Agreement 12.3.03 |
| 3 | | - | | ✓ | Check 12.3.03 |
| 4 | | - | | ✓ | Hinckley estimate 1.6.04 |
| 5 | | - | | ✓ | Repair estimate 2.23.04 |
| 6 | | - | | ✓ | Attorney Demand letter 2.25.04 |
| 7 | | - | | ✓ | Letter to insurer 3.11.04 |
| 8 | | - | | ✓ | Dagnone Signature - repair est. 3.19.04 |
| 9 | | - | | ✓ | Letter + fax to Dagnone 3.23.04 |
| 10 | | - | | ✓ | NHIC Denial letter 4.7.04 |
| 11 | | - | | ✓ | Letter to Dagnone 4.9.04 |
| 12 | | - | | ✓ | Letter to Hinckley 5.28.04 |
| 13 | | - | | ✓ | Marrone memo. re: Employees |
| 15 | | - | | ✓ | Beaumont diagram of pins |
| 14 | | - | ✓ | ✓ | NADA Blue Book Values for boat |
| | N | | | ✓ | Invoice dated 12.10.92 |
| | O | | | ✓ | Statement of Origin 3.8.93 |
| 16 | | | ✓ | | Deposition Transcript - M. Marrone |
| 17 | | | ✓ | | Deposition Transcript - D.T. Beaumont |
| → | → | | | | W-2 JAMES KERR |

all - 'full' by agreement

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Dagnone | vs. | Hinckley Yacht Servies | CASE NO. CA 04-122ML |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | S1 | 4.24.06 | ✓ | ✓ | photo – boat basin |
| | S2 | " | ✓ | ✓ | photo – boat basin |
| | A | " | ✓ | ✓ | Customer log |
| | V1 | " | | ✓ | photo – boat |
| | V2 | " | | ✓ | " " |
| | V3 | " | | ✓ | " " |
| | V4 | " | | ✓ | " " |
| | V5 | " | | ✓ | " " |
| | V6 | " | | ✓ | " " |
| | V7 | " | | ✓ | " " |
| | V8 | " | | ✓ | " " |
| | V9 | " | | ✓ | " " |
| | V10 | " | | ✓ | " " |
| | F | " | ✓ | ✓ | Master Damage Report 12.7.03 |
| | C | " | | ✓ | Storage Agreement 12.3.05 |
| | R1 | " | | ✓ | photo – boat damage |
| | R2 | " | | ✓ | " – " " |
| | R3 | " | | ✓ | " – " " |
| | R4 | " | | ✓ | " – " " |
| | R5 | " | | ✓ | " – " " |
| | R6 | " | | ✓ | " – " " |
| | W | " | ✓ | | Dock estimates |
| | E | " | ✓ | | Invoice dated 11/23/03 |
| | X | " | ✓ | ✓ | partially filled-out contract |
| | | | → | | W-3 James Hilton |
| | | | → | | W-4 Robert Hood |
| | B | " | ✓ | | A+P Survey reports |