IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COPY

| | |
|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY,<br>Plaintiff,<br><br>vs.<br><br>NICHOLAS DAGONE, *in personam* and<br>A Certain 1993 47-Foot Bluewater Motor Vessel,<br>her engines, tackle, apparel, appurtenances, etc.,<br>*in rem*,<br>Defendant/Third Party Plaintiff,<br>vs.<br><br>THE TALARIA COMPANY, LLC,<br>d/b/a THE HINCKLEY COMPANY,<br>a/k/a HINCKLEY YACHT SERVICES,<br>Third Party Defendant. | CIVIL ACTION NO. 04-122 ML |

Granted. Mary M. Lisi USDJ 5/19/06

**JOINT MOTION TO MODIFY POST-TRIAL SCHEDULING ORDER**

NOW COME the undersigned parties in the above-captioned action, and by and through their respective attorneys, pursuant to the provisions of the Federal Rules of Civil Procedure, hereby move this Honorable Court to amend and modify the post-trial deadlines set forth in open court on April 24, 2006, by extending the time within which the parties must submit deposition testimony and post-trial memoranda by nine (9) days up through and including Friday, June 9, 2006.

In support of this motion, the parties state the following reasons:

1. On April 24, 2006, this Court instructed the parties to conduct and submit the deposition testimony of Thomas R. Hill of Atlantic & Pacific Marine Consultants, Inc. in lieu of trial testimony by May 31, 2006. The parties were asked to submit their respective post-trial memoranda by said date.

2. Upon his return to the office from an overseas trip, Mr. Hill contacted counsel for Hinckley Yacht Services on May 10, 2006 to schedule his deposition. The deposition was scheduled to take place this week, but due to the severity of flooding, Mr. Hill requested an adjournment. Mr. Hill is presently participating in meetings of the New England Fisheries Management Council (as chair of a subcommittee) for the remainder of this week.

3. Although Mr. Hill is available next week, Mr. Dagnone's counsel is scheduled to begin a trial before Associate Justice Silverstein in the Superior Court. Attorney Deacon expects the trial to last one week. With this Court's permission, the parties have tentatively scheduled Mr. Hill's deposition for the week of May 30th.

4. The parties believe that the additional nine (9) days requested is all that is needed to complete the deposition and otherwise comply with the Court's directive.

WHEREFORE, the parties hereto request that this Honorable Court amend and modify the post-trial schedule by extending the filing deadline as requested herein.

Dated: May 17, 2006

Respectfully submitted,

NICHOLAS DAGNONE
By his attorney,

John D. Deacon (nap)

John D. Deacon, Jr. (R.I. Bar No. 2226)
72 Pine Street, 5th Floor
Providence, RI 02903
Tel. (401) 272-8080; Fax (401) 272-8195

THE TALARIA COMPANY, LLC
By its attorney,

Norman A. Peloquin, II (R. I. Bar No. 4146)
16 Main Road, P.O. Box 65
Adamsville, RI 02801
Tel. (401) 635-9100; Fax (401) 635-9125