# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**NEW HAMPSHIRE INSURANCE COMPANY**

**Vs.**

**CA 04-122ML**

**NICHOLAS DAGNONE**

**Vs.**

**THE TALARIA COMPANY, LLC.,**
**d/b/a THE HINCKLEY COMPANY,**
**a/k/a HINCKLEY YACHT SERVICES**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the Third Party Defendant, The Talaria Company, LLC., d/b/a The Hinckley Company, a/k/a Hinckley Yacht Services, against the Third Party Plaintiff, Nicholas Dagnone, pursuant to the Memorandum and Order dated July 10, 2006. Judgment was entered in favor of Plaintiff, New Hampshire Insurance Company on December 5, 2005 pursuant to the Memorandum and Order of December 5, 2005 GRANTING plaintiff's Motion for Entry of Judgment.**

Enter:

Deputy Clerk

DATED: July 11, 2006