***UNITED STATES DISTRICT COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

*OFFICE OF THE CLERK*

*July 1, 2008*

*CA 04-122ML*
*Nicholas Dagnone v. Hinckley Yacht Services*



*Dear Counsel:*

*In accordance with General Rule 103(d) of the Local Rules, the Clerk of the District Court has been holding exhibits* in the above-entitled action.*

*It is requested that your office send a representative on or before Friday, July 11, 2008, to retrieve these exhibits. If not, the Clerk will dispose of them without further notice.*

*Sincerely yours,*
*David A. DiMarzio*
*Clerk of Court*

*BY:* ***John Duhamel,*** *Deputy Clerk* ***(401) 752-7205***

**Plaintiff's and Defendants' Exhibits re: April 24, 2006, Bench Trial*